UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON GRAEBER,

        Plaintiff,

vs.

BACA, et al.,

        Defendant.

Case No. 3:18-cv-00027-MMD-WCG

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, Jason Graeber, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

Jason Graeber, Plaintiff
*Pro Se*

Dated: 7/16/19

AARON D. FORD
Attorney General

By: _____
HEATHER B. ZANA, Bar No. 8734
Deputy Attorney General
Attorneys for Defendants

Dated: 7/17/19

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 24, 2019

1